IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | |
| BARRY FRANK, | § § | CASE NO. 18-42131 |
| | § | |
| Debtor. | § | CHAPTER 7 |

| | | |
|---|---|---|
| American Receivable Corporation, | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 19-04001 |
| Barry Frank, | § § | |
| Defendant/Debtor. | § | |

## PLAINTIFF'S NOTICE OF INITIAL DISCLOSURE

Please take notice that in accordance with the Court's April 16, 2019 Notice and Order Regarding Pre-Trial Procedures (Dk. #12), Plaintiff served its Initial Disclosures and related documents upon Defendant's counsel on June 18, 2019.

Respectfully submitted,

/s/ *Eric L. Scott*
Eric L. Scott
State Bar No. 24002919
Scott Viscuso, PLLC
1105 North Bishop Avenue
Dallas, TX 75208
Telephone: 214-289-2891
Facsimile: 480-393-5063
E-Mail: escott@sv-legal.com

*and*

/s/ Kyle W. Johnson
Kyle W. Johnson, Esq.
State Bar No. 10763575
8004 Brentwick Circle
Plano, TX 75024
Telephone: 469-277-1939
Facsimile: 469-277-1940
E-Mail: kyle@kwjlaw.com

**ATTORNEYS FOR AMERICAN RECEIVABLE CORPORATION**

## CERTIFICATE OF SERVICE

I certify that on this the 18th day of June 2019, a true and correct copy of the foregoing was served on counsel of record electronically and/or via facsimile.

/s/ Eric L. Scott