## DEFENDANT'S AFFIDAVIT EXHIBITS

| | |
|---|---|
| Exhibit A1 | SKI Invoice #1097811 |
| Exhibit A2 | ARC Chargeback for SKI Invoice #1097811 |
| Exhibit A3 | 11/20/2017 email from Barry Frank to Gurney |
| Exhibit A4 | 11/20/2017 email from Gurney to wire funds |
| Exhibit A5 | 11/22/2017 SKI in the amount of $15,583.25 bank wire to ARC |
| Exhibit A6 | Walmart check list showing invoice paid to ARC by SKI in order |
| Exhibit A7 | 11/20/2017 email from Barry Frank to Walmart |
| Exhibit A8 | 12/28/2017 email from Barry Frank to Gurney regarding recertification |
| Exhibit A9 | Screen shot of recertification for Gurney |
| Exhibit A10 | SKI invoices labeled with ARC address for remittance |
| Exhibit A11 | 11/30/2017 SKI in the amount of $48,902.35 bank wire to ARC |
| Exhibit A12 | Walmart check list showing invoice paid to ARC by SKI in order |
| Exhibit A13 | 12/04/2017 Barry Frank email to Stacie Durman about #1757430 |
| Exhibit A14 | 12/29/2017 Barry Frank email to Stacie Durman to deduct funds from wire |
| Exhibit A15 | Purchase schedule 329 shows deduction of 3 Walmart checks by ARC |

| | |
|---|---|
| Exhibit A16 | Walmart check list showing invoice paid to ARC by SKI in order |
| Exhibit A17 | SKI Sarah Stillwell requesting our Walmart password from ARC |
| Exhibit A18 | 01/04/2018 9:42 a.m. email from Barry Frank to Gurney regarding update |
| Exhibit A19 | 01/10/2018 3:39 p.m. remittance address recertification by Barry Frank |
| Exhibit A20 | 01/16/2018 3:29 p.m. email from Barry Frank to Gurney regarding update |
| Exhibit A21 | 01/11/2018 invoice purchase schedule from ARC |
| Exhibit A22 | 01/18/2018 9:03 a.m. email from Gurney regarding proof of Walmart emails |
| Exhibit A23 | 01/18/2018 2:24 p.m. email from Gurney refusing to purchase invoices |
| Exhibit A24 | 01/18/2018 3:36 p.m. email from Barry Frank to Gurney with update |
| Exhibit A25 | 01/19/2018 3:23 p.m. email from Stieber to file on Walmart |
| Exhibit 26 | 01/19/2018 6:46 p.m. email from Barry Frank responding to Stieber |
| Exhibit A27 | Original Walmart check and cancelled version #1830547 |
| Exhibit A28 | Original Walmart check and cancelled version #1837467 |
| Exhibit A29 | Original Walmart check and cancelled version #1842184 |
| Exhibit A30 | 01/24/2018 10:26 a.m. email from Gurney that ARC proceed with collection |

| | |
|---|---|
| Exhibit A31 | 01/24/2018 4:35 p.m. email from Barry Frank with complete update |
| Exhibit A32 | Copy of Walmart check that was lost in the mail with envelope |
| Exhibit A33 | 01/25/2018 SKI invoice submission for purchase |
| Exhibit A34 | 02/02/2018 11:37 a.m. email from Walmart terminating SKI services with response |
| Exhibit A35 | 01/25/2018 cashier's check to ARC sent 02/02/2018 in the amount of $49,642.53 |
| Exhibit A36 | 02/02/2018 SKI letter to ARC included with cashier's check |
| Exhibit A37 | Walmart check list showing invoice paid to ARC by SKI in order |
| Exhibit A38 | 02/12/2018 cashier's check to ARC sent 02/15/2018 in the amount of $53,950.00 |
| Exhibit A39 | 02/15/2018 SKI letter to ARC included with cashier's check |
| Exhibit A40 | Walmart check list showing invoice paid to ARC by SKI in order |
| Exhibit A41 | ARC invoice purchase schedule with invoices paid by Walmart checks |
| Exhibit A42 | Final Walmart check list showing invoices paid to ARC by SKI in order |
| Exhibit A43 | SKI breakdown by check of invoice payments to ARC purchase schedules |
| Exhibit A44 | ARC's 06/29/2018 final SKI buyout calculation report of SKI account |
| Exhibit A45 | ARC's 01/30/2020 final SKI buyout calculation report of SKI account |

| | |
|---|---|
| Exhibit A46 | 01/08/2018 3:59 p.m. email from Gurney thanking him for daily update |
| Exhibit A47 | SKI timeline of events |
| Exhibit A48 | Christopher J. Moser, Trustee v. American Receivable Corp. Complaint, Adversary No. 20-04035 filed 2/28/2020 |